962

No. 76–5157.   TAYLOR v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 76–5185.   EDMONDSON v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 76–5186.   TYCZKOWSKI v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 76–5189.   CHAVEZ-CORTINAS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 76–5203.   BERRY v. ARNOLD, WARDEN, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 76–5210.   CURTIS v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 76–5212.   HAMPTON v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 76–5220.   NUNLEY v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 76–5221.   AEBISCHER v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 76–5226.   TRUAX v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 76–5234.   DININO v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 76–5245.   FARRIES v. UNITED STATES PAROLE COMMISSION.   C. A. 7th Cir.   Certiorari denied.

No. 76–5253.   HICKS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 76–5254.   HICKS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.